# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00609-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| DESERT LINN OWNERS' ASSOCIATION, et al., | (Docket No. 39) |
| Defendant(s). | |

The discovery cutoff is set for October 5, 2016. Docket No. 28. Pending before the Court is a stipulation for a 60-day extension. Docket No. 39. Two reasons are provided for that requested extension, neither of which is persuasive. First, Plaintiff argues that it wants to obtain discovery from the Defendant HOA, but that it has not been able to do so since the HOA has not yet appeared. *See* Docket No. 39 at 2-3. Pursuant to Plaintiff's documentation, the HOA was required to appear nearly six months ago, by April 11, 2016. *See* Docket No. 8. No request to extend that appearance deadline has been filed, nor has Plaintiff pursued default or default judgment against the HOA. Hence, it appears that Plaintiff has simply been derelict in prosecuting its case against the HOA, which is not cause to extend the fast-approaching discovery deadline. Second, the stipulation indicates that Plaintiff has not been able to depose Defendant Nevada Association Services due to unidentified "scheduling conflicts." Docket No. 39 at 2-3. The Court will not grant relief based on such conclusory assertions, nor is there any reason to believe 60 days is needed to accommodate scheduling problems.

Accordingly, the pending stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge